UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 13–5933 DSF (VBKx) | Date | 9/10/13 |
| Title | Jonathan S. Bartlett v. Nationstar Mortgage, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

On August 27, 2013, the Court issued an Order to Show Cause re Remand. (Docket No. 12.) Defendant Nationstar Mortgage, LLC and Plaintiff Jonathan S. Bartlett have responded to the Order to Show Cause. (Docket Nos. 13, 14.) In its response, Nationstar provides no evidence or California case law in support of its claim that the amount in controversy exceeds $75,000.

"Removal statutes are to be 'strictly construed' against removal jurisdiction." Nevada v. Bank of Am. Corp., 672 F.3d 661, 667 (9th Cir. 2012) (quoting Syngenta Crop Prot., Inc. v. Henson, 537 U.S. 28, 32 (2002) (citation omitted)). "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citation omitted). "The strong presumption against removal jurisdiction means that the defendant always has the burden of establishing that removal is proper." Id. (citation and internal quotation marks omitted). "Where, as here, it is unclear or ambiguous from the face of a state-court complaint whether the requisite amount in controversy is pled, the removing defendant bears the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional threshold." Urbino v. Orkin Servs. of Cal., Inc., — F.3d —, Nos. 11–56944, 11–57002, 12–5506, 2013 WL 4055615, at *2 (9th Cir. Aug. 13, 2013) (citations and internal quotation marks omitted).

When considering Bartlett's response to the Order to Show Cause and the lack of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

evidence and case law cited by Nationstar in support of its assertion that the amount in controversy exceeds $75,000, the Court must conclude that Nationstar has not met its burden of showing, by a preponderance of the evidence, that jurisdiction is proper.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.